UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARHARTT, INC.,

        Plaintiff,                       No. 17-13604

v.                                  District Judge Judith E. Levy
                                  Magistrate Judge R. Steven Whalen

INNOVATIVE TEXTILES, INC.,
ET AL.,

        Defendants.

_____ /

**ORDER**

      For the reasons and under the terms stated on the record on May 16, 2019,

Plaintiff's Motion to Compel Financial Statements [Doc. #84] is GRANTED IN PART

AND DENIED IN PART.  Within 21 days of the date of this Order, Defendants will

produce financial statements of both Innovative Textiles, Inc. and Innovative Textiles

LLC for the period of calendar 2013 to calendar 2017, as well as underlying

data/documents used in preparing the statements.  The parties will submit to the Court a

stipulated proposed protective order with an attorneys'-and-experts'-eyes-only provision

that will govern the production of this material.

      In all other respects, the motion is DENIED.

      IT IS SO ORDERED.


Dated: May 16, 2019               s/R. Steven Whalen
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify on May 16, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on May 16, 2019.

s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen